```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 17978
   REYNALDO RANESES
   ELNORA RANESES                               CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-9884    SSN XXX-XX-7970

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/05/05 and confirmed on 09/09/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  55380.32 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | SECURED | 300.00 | .00 | 300.00 |
| CONSUMERS COOP CU | SECURED VEHIC | 18000.00 | 1917.81 | 18000.00 |
| CHASE BANK | SECURED | 500.00 | .00 | 500.00 |
| PATELCO CREDIT UNION | SECURED VEHIC | 9000.00 | 914.59 | 9000.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3536.39 | .00 | 470.43 |
| BLOOMINGDALES | UNSECURED | 243.96 | .00 | 32.45 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1365.41 | .00 | 181.63 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2563.55 | .00 | 341.02 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9073.62 | .00 | 1207.01 |
| CONSUMERS COOP CU | UNSECURED | 1428.76 | .00 | 190.06 |
| ROUNDUP FUNDING LLC | UNSECURED | 1214.04 | .00 | 161.50 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 205.93 | .00 | 27.39 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1150.40 | .00 | 153.03 |
| RADIO SHACK CORP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 624.03 | .00 | 83.01 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 667.85 | .00 | 88.84 |
| T MOBILE | UNSECURED | 387.14 | .00 | 51.50 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| TARGET NATIONAL BANK | UNSECURED | 653.37 | .00 | 86.91 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1237.87 | .00 | 164.67 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 282.33 | .00 | 37.56 |
| COMMUNITY TRUST CREDIT U | SECURED VEHIC | 9000.00 | 972.61 | 9000.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2270.00 | .00 | 301.97 |
| GM CARD | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 934.98 | .00 | 124.38 |

```
CHASE HOME FINANCE       COST OF COLLE    200.00        .00     200.00
CONSUMERS COOP CU        UNSECURED       2267.44        .00     301.63
CHASE BANK               UNSECURED       2216.55        .00     294.86
PATELCO CREDIT UNION     UNSECURED       5132.90        .00     682.80
ECAST SETTLEMENT CORP    UNSECURED       1197.53        .00     159.30
COMMUNITY TRUST CREDIT U UNSECURED       4534.27        .00     603.17
CONSUMERS COOP CU        UNSECURED       2113.44        .00     281.14
TARGET NATIONAL BANK     UNSECURED        199.03        .00      26.48
TARGET NATIONAL BANK     UNSECURED       2385.90        .00     317.38
ROUNDUP FUNDING LLC      UNSECURED        523.31        .00      69.61
ECAST SETTLEMENT CORPORA UNSECURED        332.18        .00      44.19
ECAST SETTLEMENT CORPORA UNSECURED       7590.02        .00    1009.66
ECAST SETTLEMENT CORPORA UNSECURED       7337.84        .00     976.11
ECAST SETTLEMENT CORPORA UNSECURED       5525.27        .00     735.00
           Summary of disbursements:
-----------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED  36800.00      200.00    69195.31         .00    106195.31
PRINCIPAL PAID      36800.00      200.00     9204.69         .00     46204.69
INTEREST PAID        3805.01         .00         .00         .00      3805.01
TOTAL PAID          40605.01      200.00     9204.69         .00     50009.70
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC, was allowed $ 2700.00 and was paid $ 564.00 direct and $ 2136.00 through the plan.

The Trustee received $ 2352.54 .

Refunds to the Debtor totaled $ 882.08 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/08/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

PAGE 3
CASE NO. 05 B 17978 REYNALDO RANESES & ELNORA RANESES